**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6068**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MALIK AL-SHABAZZ, a/k/a Beaver, a/k/a Beaver G,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:19-cr-00986-TLW-13)

Submitted:  June 13, 2024                                Decided:  June 18, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Malik Al-Shabazz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malik Al-Shabazz appeals the district court's orders denying his 18 U.S.C. § 3583(c)(1)(A) motion for a sentence reduction and denying his motions for appointment of counsel. We have reviewed the record and discern no reversible error. *See United States v. Davis*, 99 F.4th 647, 653, 659-60 (4th Cir. 2024) (compassionate release); *United States v. Legree*, 205 F.3d 724, 729-30 (4th Cir. 2000) (appointment of counsel). We therefore affirm the district court's orders. *United States v. Al-Shabazz*, No. 3:19-cr-00986-JFA-13 (D.S.C. Apr. 12, 2023; July 12, 2023; July 24, 2023; Aug. 24, 2023; Sept. 6, 2023; Nov. 8, 2023). We deny Al-Shabazz's motion for appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*